

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2021

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL.**,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Appellant's motion for extension of time to file his motion for rehearing is GRANTED. Appellant's motion for rehearing is due June 25, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court